# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **ARMSTRONG MARKETING, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:06CV174 |
| | ) | |
| **SOUTHERN SOLUTIONS PRODUCE, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiffs have requested a dismissal without prejudice as to Defendant LaTisha Watford. (Docket No. 30.) Defendant Watford did not appear at the conference scheduled for October 27 and has not opposed Plaintiffs' request. Therefore, **IT IS RECOMMENDED** that Plaintiffs' request for dismissal be granted as filed.


/s/ P. Trevor Sharp
United States Magistrate Judge

Date: October 28, 2008